■ In the Matter of RORY DOLAN, Petitioner, v ANTHONY ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [990 NYS2d 417]—

---

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Following a verbal altercation with another inmate in the laundry area and bathroom of their housing unit, petitioner was charged in a detailed misbehavior report with creating a disturbance. That report, as well as the testimony of the correction officer who authored it, provided substantial evidence for the determination that petitioner was guilty as charged (*see Matter of Green v Bradt*, 91 AD3d 1235, 1237 [2012], *lv denied* 19 NY3d 802 [2012]; *Matter of Hale v Selsky*, 57 AD3d 1136, 1137 [2008], *appeal dismissed* 12 NY3d 776 [2009]). Petitioner's contrary testimony that he was not arguing with the other inmate and was only speaking loudly because of the nearby washing machines and dryers presented a credibility issue for the Hearing Officer to resolve (*see Matter of Hale v Selsky*, 57 AD3d at 1137). Further, the record does not support petitioner's assertion that the Hearing Officer was biased or that the determination flowed from that alleged bias (*see Matter of Ferguson v Fischer*, 116 AD3d 1314, 1314 [2014]). Petitioner's remaining contentions are either unpreserved or lack merit.

Garry, J.P., Rose, Egan Jr., Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.